STATE OF RHODE ISLAND
KENT, SC.

SUPERIOR COURT

PAMELA WHITTLE
JAMES WHITTLE

VS.

C.A. NO: KC06 - 250

TOWN OF COVENTRY,
By and through its Treasurer,
WARREN WEST,
TOWN OF COVENTRY
POLICE DEPARTMENT,
GREGORY GUILLETTE,
Individually and, DOES
1-10, UNIDENTIFIED
PATROLMAN, ADMINISTRATORS,
TRAINERS, SUPERVISORS, OF
COVENTRY POLICE DEPARTMENT

**COMPLAINT**
**(Parties)**

NOW come the Plaintiff and alleges and states as follows:

1. The Plaintiffs are now and al all times material hereto were residents of the Town of Coventry, County of Kent, State of Rhode Island.

2. The Defendant, Town of Coventry is now and at all times material hereto was a municipality organized and existing under and by virtue of the Constitution and Laws of the State of Rhode Island and the Defendant Warren West is now and at all times material hereto was the Treasurer of the Town of Coventry.

3. That the Defendant Gregory Guillette (Guillette) is now and at all times material was a Patrolman of the Town of Coventry Police Department, and as such an agent and employee of the Town of Coventry.

4. That at all times material hereto the Defendant Does 1 through 5 were officers, administrators and officials of the Town of Coventry and the Town of CoventryPolice Department.

True Copy Attest
Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island

**COUNT I**
**(Facts)**

1. That on or about March 20, 2003 Plaintiff Pamela Whittle was operating her vehicle along and upon the Flat River Road in the Town of Coventry.

2. That on or about said date the Plaintiff was alleged to be operating her vehicle erratically on Flat River Road.

3. That Defendant Guillette observed the vehicle and found that the vehicle was registered to Plaintiff Pamela Whittle and that her driver's license had expired.

4. That at said time and date Plaintiff Pamela Whittle's vehicle was stopped by Guillette and Does 1 through 5 at which time the Plaintiff was instructed to perform a field sobriety test, which test Plaintiff passed.

5. That on said date the Plaintiff was apprehended by Guillette and Does 1 and 2 and was subjected to unwarranted physical assault committed by the Defendant Guillette.

6. That the actions of the Defendant Guillette and Does 1 and 2 jointly and severely caused severe, permanent physical injury to the Plaintiff.

7. That as a result of the acts of the Defendants Gregory Guillette and Does 1 and 2 jointly and severally the Plaintiff sustained medical expenses, lost wages, lost earning capacity, emotionally trauma, pain and suffering.

WHEREFORE, the Plaintiff demands judgment in her favor against the Defendants in an amount sufficient to satisfy the jurisdictional limits of this Honorable Court.

**Plaintiff Demands a trial by Jury and Designates James P. Howe as Trial Counsel**

Pamela Whittle &,
James Whittle
By their attorney

James P. Howe # 2716
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305 facsimile

True Copy Attest

Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island

## COUNT II

8. Plaintiff incorporates and re-alleges all allegations as contained in Paragraphs 1 through 7 as if set forth fully herein.

9. That the acts of the Defendants Gregory Guillette and Does 1 and 2 were in violation of the Due Process, Equal Protection, and Civil Rights of the Plaintiff as afforded the Plaintiff by virtue of the Fourth, Eleventh, and Fourteenth amendments to the United States Constitution, and Article I of the Rhode Island Constitution.

WHEREFORE, the Plaintiff demands judgment in her favor against the Defendants in an amount sufficient to satisfy the jurisdictional limits of this Honorable Court.

**Plaintiff Demands a trial by Jury and Designates James P. Howe as Trial Counsel**

Pamela Whittle &,
James Whittle
By their attorney

James P. Howe #2716
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305 facsimile

## COUNT III

10. Plaintiff incorporates and re-alleges all allegations as contained in Paragraphs 1 through 9 as if set forth fully herein.

11. That the Defendant Town of Coventry and through its agents, employees, members, administrators, and supervisors of the Town of Coventry Police Department and more specifically Does 3 through 10 caused injury to the Plaintiff and violation of her Due Process, Equal Protection, and Civil Rights in negligently and/or intentionally failing to:

    (a) Monitor, train, and supervise the Defendant Gregory Guillette and Does 1 and 2 in the methods and procedures to be employed in the arrest and detention of criminal suspects.
    (b) Discipline the Defendant Gregory Guillette and take appropriate measures to prevent the actions of Guillette after having knowledge of Guillette's propensities, actions, and activities as a Patrolman of the Town of Coventry.

True Copy Attest
Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island

12. That the failure of the Defendant, Town of Coventry by and through its agents and employees, members, administrators and supervisors of the Town of Coventry Police Department, and Does 3 through 10 jointly and severally violated the Due Process, Equal Protection, and Civil Rights of the Plaintiff.

WHEREFORE, the Plaintiff demands judgment in her favor against the Defendants in an amount sufficient to satisfy the jurisdictional limits of this Honorable Court.

**Plaintiff Demands a trial by Jury and Designates James P. Howe as Trial Counsel**

Pamela Whittle &,
James Whittle
By their attorney

James P. Howe # 2716
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305 facsimile

**COUNT IV**

13. Plaintiff incorporates and re-alleges paragraphs 1 through 12 as fully set forth herein.

14. The actions of the Defendants Town of Coventry, Guillette, and Does 1 through 10 jointly and severally constituted a violation of Plaintiff's Civil Rights pursuant to 42 U.S.C. 1983 et seq.

**Plaintiff Demands a trial by Jury and Designates James P. Howe as Trial Counsel**

Pamela Whittle &,
James Whittle
By their attorney

James P. Howe #2716
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305 facsimile

True Copy Attest
Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island

## COUNT V

## LOSS OF CONSORTIUM
**(R.I.G.L. 9-1-41)**

13. Plaintiffs incorporate and re-allege paragraphs 1-14 as if fully set forth herein.

14. As a direct and proximate result of the negligence of the Defendants, Town of Coventry, Guillette and Does 1 through 10, jointly and severally, the Plaintiff James Whittle suffered the loss of society and companionship of the Plaintiff, Pamela Whittle who hereby makes a claim fro the loss of consortium, as set forth in R.I.G.L. 9-1-41.

**WHEREFORE,** the Plaintiff James Whittle demands judgment against the Defendants, Town of Coventry, Gregory Guillette, and Does 1 through 5 jointly and severally in an amount to satisfy the jurisdiction of this Honorable Court, plus interest, costs, and attorney's fees.

**Plaintiff Demands a trial by Jury and Designates James P. Howe as Trial Counsel**

Pamela Whittle &,
James Whittle
By their attorney

James P. Howe # 2716
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305 facsimile

True Copy Attest

Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island