UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAMELA WHITTLE and
JAMES WHITTLE,

*Plaintiffs,*

vs.

TOWN OF COVENTRY, by and through Its Treasurer, Warren West; TOWN OF COVENTRY POLICE DEPARTMENT; GREGORY GUILLETTE, individually; and DOES 1-10, unidentified Patrolman, Administrators, Trainers, Supervisors of the Coventry Police Department,

*Defendants.*

C.A. No. 06 148 S

*(R.I. Superior Court C.A. No. WC06-0250)*

# ANSWER

Now come defendants, the Town of Coventry, by and through its Treasurer, Warren West, and the Town of Coventry Police Department, and hereby answer plaintiffs' complaint as follows:

1. These defendants admit the allegations contained in paragraphs 1, 2 and 3 of that portion of the plaintiffs' complaint entitled, *Parties.*

2. These defendants deny the allegations contained in paragraph 4 of that portion of the plaintiffs' complaint entitled, *Parties.*

3. These defendants admit the allegations contained in paragraphs 1, 2 and 3 of Count I of the plaintiffs' complaint entitled, *(Facts)*.

4. These defendants deny the allegations contained in paragraphs 4, 5, 6 and 7 of Count I of the plaintiffs' complaint entitled, *(Facts)*.

5. These defendants deny the allegations contained in paragraphs 8 and 9 of Count II of the plaintiff's complaint entitled.

6. These defendants deny the allegations contained in paragraphs 10, 11 and 12 of Count III of the plaintiffs' complaint.

7. These defendants deny the allegations contained in paragraphs 13 and 14 of Count IV of the plaintiffs' complaint.

8. These defendants deny the allegations contained in [inadvertently mis-numbered] paragraphs 13 and 14 of Count V of the plaintiffs' complaint entitled, *Loss of Consortium (R.I.G.L. 9-1-41)*..

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

These defendants plead absolute and qualified immunity as a bar to the within complaint.

### SECOND AFFIRMATIVE DEFENSE

These defendants plead all forms of statutory and common law immunity as a bar to the within complaint.

### THIRD AFFIRMATIVE DEFENSE

These defendants plead the public duty doctrine as a bar to the within complaint.

FOURTH AFFIRMATIVE DEFENSE

These defendants plead the statutory cap on damages as a bar and restriction on some of the damage claims of the plaintiffs in this matter.

FIFTH AFFIRMATIVE DEFENSE

Plaintiff Pamela Whittle's injuries, if any, were caused by her own conduct for which these defendants are not responsible.

SIXTH AFFIRMATIVE DEFENSE

These defendants plead the statute of limitations as a bar to the within complaint.

**These defendants demand trial by jury.**

Defendants,
Town of Coventry and the
Town of Coventry Police Department,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 31st day of MARCH 2006, to:

James P. Howe, Esq. (#2716)
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305 fax

[signature]