UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAMELA WHITTLE and
JAMES WHITTLE,

*Plaintiffs,*

vs.

C.A. [redacted] 06 148 S

TOWN OF COVENTRY, by and through
Its Treasurer, Warren West; TOWN OF
COVENTRY POLICE DEPARTMENT;
GREGORY GUILLETTE, individually;
and DOES 1-10, unidentified Patrolman,
Administrators, Trainers, Supervisors of
the Coventry Police Department,

*Defendants.*

*(R.I. Superior Court C.A. No. WC06-0250)*

**ENTRY OF APPEARANCE**

I, Marc DeSisto, hereby enter my appearance for defendants, the Town of Coventry, by and through its Treasurer, Warren West, and the Town of Coventry Police Department, in the above-captioned matter.

Defendants,
Town of Coventry and the
Town of Coventry Police Department,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Entry of Appearance was mailed, postage prepaid, on this 31 ST day of MARCH 2006, to:

James P. Howe, Esq. (#2716)
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305 fax

______________________