UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA WHITTLE and<br>JAMES WHITTLE,<br><br>*Plaintiffs,*<br><br>vs.<br><br>TOWN OF COVENTRY, by and through Its Treasurer, Warren West; TOWN OF COVENTRY POLICE DEPARTMENT; GREGORY GUILLETTE, individually; and DOES 1-10, unidentified Patrolman, Administrators, Trainers, Supervisors of the Coventry Police Department,<br><br>*Defendants.* | C.A. No. 06-148 S<br><br>*(R.I. Superior Court C.A. No. WC06-0250)* |

**ANSWER**

Now comes the defendant, Gregory Guillette, and hereby answer plaintiffs' complaint as follows:

1. This defendant admits the allegations contained in paragraphs 1, 2 and 3 of that portion of the plaintiffs' complaint entitled, *Parties.*

2. This defendant denies the allegations contained in paragraph 4 of that portion of the plaintiffs' complaint entitled, *Parties.*

3. This defendant admits the allegations contained in paragraphs 1, 2 and 3 of Count I of the plaintiffs' complaint entitled, *(Facts)*.

4. This defendant denies the allegations contained in paragraphs 4, 5, 6 and 7 of Count I of the plaintiffs' complaint entitled, *(Facts)*.

5. This defendant denies the allegations contained in paragraphs 8 and 9 of Count II of the plaintiff's complaint entitled.

6. This defendant denies the allegations contained in paragraphs 10, 11 and 12 of Count III of the plaintiffs' complaint.

7. This defendant denies the allegations contained in paragraphs 13 and 14 of Count IV of the plaintiffs' complaint.

8. This defendant denies the allegations contained in [inadvertently mis-numbered] paragraphs 13 and 14 of Count V of the plaintiffs' complaint entitled, *Loss of Consortium (R.I.G.L. 9-1-41)*..

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

This defendant pleads absolute and qualified immunity as a bar to the within complaint.

### SECOND AFFIRMATIVE DEFENSE

This defendant pleads all forms of statutory and common law immunity as a bar to the within complaint.

### THIRD AFFIRMATIVE DEFENSE

This defendant pleads the public duty doctrine as a bar to the within complaint.

### FOURTH AFFIRMATIVE DEFENSE

This defendant pleads the statutory cap on damages as a bar and restriction on some of the damage claims of the plaintiffs in this matter.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff Pamela Whittle's injuries, if any, were caused by her own conduct for which these defendants are not responsible.

SIXTH AFFIRMATIVE DEFENSE

This defendant pleads the statute of limitations as a bar to the within complaint.

SEVENTH AFFIRMATIVE DEFENSE

This defendant pleads the lack of liability in his individual capacity and contests that the suit is brought against him in his individual capacity.

EIGHTH AFFIRMATIVE DEFENSE

This defendant pleads improper service of process.

**This defendant demands trial by jury.**

Defendant,
Gregory Guillette,
By his attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 31st day of July 2006, to:

James P. Howe, Esq. (#2716)
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305 fax