UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAMELA WHITTLE
JAMES WHITTLE, et al. )
)
Plaintiffs, )
) C.A. NO. 06-148s
v. )
)
TOWN OF COVENTRY, et al. )
)
Defendants, )
)

RULE 16 STATEMENT

Now Comes, the Plaintiffs Pamela Whittle and James Whittle and make the following statement in accordance with the Rule 16 conference scheduled for August 29, 2006. Plaintiff Pamela Whittle asserts.

1. That Defendant Gregory Guillette assaulted Plaintiff Pamela Whittle in the exercise of his duties and responsibilities as a member of the Coventry Police Department.

2. That the Defendant Gregory Guillette violated the constitutionally protected rights of the Plaintiff Pamela Whittle.

3. That the Defendant the Town of Coventry failed to employ methods of training and supervision over Gregory Guilette and these actions/ inactions resulted in the injuries to the Plaintiff Pamela Whittle.

4. That the Plaintiff James Whittle suffered a loss of consortium due to the injuries to his spouse, Pamela Whittle.

Plaintiffs assert that the acts of the Defendant Gregory Guilette were committed under "color" of his authority as a member of the Police Department of the Town of Coventry, and that there acts violated the civil rights of the Plaintiffs pursuant to 42 U.S.C. 1983.

Plaintiffs further assert that the Town of Coventry may be held liable pursuant to 42 U.S.C. 1983. as a "person". That the actions and inactions of the Town of Coventry relative to training, supervision , policy or custom, caused in the injury to the Plaintiffs Monell v. Department of Social Security Services 436 U.S.658, 98 S.ct. 2018, 56 L.Ed. 2d 611 (1978).

By Plaintiffs

James P. Howe, Esq.
215 Broadway
Providence, RI 02903

**CERTIFICATION**

I hereby certify that a true copy of within was mailed, postage prepaid, on this 25th day of August 2006, to Mark DeSisto , Esq. 21 Angell Street, Providence, RI 02906.

Colleen Quinn