UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA WHITTLE and<br>JAMES WHITTLE,<br><br>*Plaintiffs,*<br><br>vs.<br><br>TOWN OF COVENTRY, by and through<br>Its Treasurer, Warren West; et al.,<br><br>*Defendants.* | C.A. No. 06-148 S |

**MOTION TO COMPEL DISCOVERY RESPONSES**

Defendant Town of Coventry hereby moves to compel plaintiffs to file a response to its *Request for Production of Documents* and *First Set of Interrogatories*. Both discovery documents, attached hereto, were sent to plaintiffs' attorney on or about July 17, 2006.

Defendant hereby requests a thirty-day order compelling the production of the requested documents.

CERTIFICATION OF ATTORNEY

The movant has, in good faith, conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without Court action.

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)

Defendant,
Town of Coventry,
By its attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on October 24, 2006, and is available for viewing and downloading from the ECF system.

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)