UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAMELA WHITTLE and
JAMES WHITTLE,

*Plaintiffs,*

vs. C.A. No. 06-148 S

TOWN OF COVENTRY, by and through Its Treasurer, Warren West; TOWN OF COVENTRY POLICE DEPARTMENT; GREGORY GUILLETTE, individually; and DOES 1-10, unidentified Patrolman, Administrators, Trainers, Supervisors of the Coventry Police Department,

*Defendants.*

**DEFENDANT TOWN OF COVENTRY'S FIRST SET OF INTERROGATORIES PROPOUNDED TO PLAINTIFF PAMELA WHITTLE**

Now comes the Defendant Town of Coventry in the above matter and hereby propounds the following interrogatories to the Plaintiff, Pamela Whittle, to be answered under oath within thirty (30) days, pursuant to Rule 33 of the Federal Rules of Civil Procedure. These interrogatories shall be deemed to be continuing so as to require supplemental answers if additional information or additional facts become available.

1. Please set forth your full name; present residence address; date of birth; your educational background and your employment, including part-time employment you have held during the last five years, if any.

2. Please state the names, present addresses and telephone numbers of any and all persons whom plaintiff believes to have any knowledge or information pertaining to the incident complained of, its causes or consequences, or who may testify in

this matter, and set forth what information plaintiff knows or believes such person or persons have and how such person or persons acquired such knowledge.

3. Please state the names and present addresses of those persons who have given plaintiff, or any person, firm or corporation acting on his behalf, statements, reports, voice recordings or memoranda, relating to the incident complained of, its causes or consequences, and please provide the date of each item, and the name and address of the person, firm or corporation having present possession or custody of each such item.

4. If any such statement, report or memoranda identified in the answer to the preceding Interrogatory has been communicated by or reduced to writing, identify such written record stating the names and addresses of the person or persons who gave and took them, and the name and present address of the person having present custody of same.

5. Please state the name, address and specialty of each and every expert plaintiff and/or his counsel has consulted, retained and/or intends to have testify on his behalf regarding this case and as to each such expert, please state the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify, give a thorough and explicit summary of the grounds for each opinion of the expert; state the educational background of each expert listed, give a brief summary of his or her professional experience and enumerate the professional societies and organizations of which he or she is presently a member; and sufficiently identify any reports or documents upon which such expert opinion is based so that they may be made the subject matter of a request for production.

6. Please set forth whether photographs relating to the incident complained of, its causes or consequences, were taken. List all other items which may be material or relevant to your proof, including any diagrams, surveys or exhibits. As to all of these items, identify each, the date taken or made and by whom, and the name and address of the person having present custody of same.

7. Please state all communications you have had with the defendants, specifying the date of each such communication, the form, written or oral, the sum and substance of each such communication and name and address of each person who participated in or who witnessed each communication.

8. Please state whether you have ever been arrested or charged with any criminal offenses, including motor vehicle offenses, or whether you have ever plead guilty or nolo contendere, or whether you have been convicted of any criminal offense(s) including motor vehicle offenses, and if so, state the charge, police department, date of offense, court, disposition and the date of disposition.

9. Please state whether you have ever been reprimanded or suspended by any educational institution, and if so, please state the reason for the reprimand or

suspension, the educational institution, date of the reprimand or suspension, and the date and disposition of the reprimand and/or suspension.

10. Please state whether a lawsuit has ever been filed or a claim made against you, and whether you have ever filed a claim or lawsuit against anyone or thing, and if so, please identify the claim/lawsuit by name, identify the court, if a lawsuit was brought, give a brief account of the subject matter of the claim or lawsuit, and the name and address of each party against whom, or by whom, a claim was made and/or lawsuit was brought, and the disposition thereof.

11. Please describe in detail how the incident described in your Complaint occurred, including, but not limited to, the date and hour of the incident, the events leading up to the incident, the incident itself, and post-incident events in the order in which each took place.

12. Please provide, in detail, the nature, extent and location of the injuries alleged to have been suffered by you, whether physical, emotional, and/or mental.

13. Please state the name and address of each doctor, health care provider and/or person who treated you for the injuries alleged in your Complaint, the date of each treatment, the nature of each treatment, and an itemized statement of the charges for such treatment.

14. Please state any history of mental health issues and/or diagnoses and/or treatment plaintiff has had and/or received from five (5) years prior to the incident which is the subject of plaintiff's complaint up to the present date.

Defendant Town of Coventry,
By its attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 facsimile
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within First Set of Interrogatories was mailed, postage prepaid, on this 17th day of July, 2006, to the following:

James P. Howe, Esq. (#2716)
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305 fax