UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA WHITTLE and JAMES WHITTLE,<br>*Plaintiffs,*<br>vs.<br>TOWN OF COVENTRY, by and through Its Treasurer, Warren West; TOWN OF COVENTRY POLICE DEPARTMENT; GREGORY GUILLETTE, individually; and DOES 1-10, unidentified Patrolman, Administrators, Trainers, Supervisors of the Coventry Police Department,<br>*Defendants.* | C.A. No. 06-148 S |

**DEFENDANT TOWN OF COVENTRY'S**
**FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Now come the Defendants in the above matter and hereby request that the Plaintiff produce for inspection and/or copying the original or a true copy of the following documents to DeSisto Law, 211 Angell Street, PO Box 2563, Providence, RI 02906-2563, within thirty (30) days, pursuant to Rule 34 of the Federal Rules of Civil Procedure:

1. Any and all medical records including notes, reports or other writings which relate in any way to the plaintiffs' claim of injury in this matter.

2. Any and all of the plaintiff's medical records, whether related to the instant litigation or not, including but not limited to bills and reports, of whatever nature and kind, office records, from any and all physicians, hospitals or other health and/or mental health care providers, for a period of five (5) years prior to the time of the occurrence(s) alleged in the complaint and up to the present date, including but not limited to conditions of loss of appetite, insomnia, and depression.

3. Any and all written statements by the plaintiffs which relate in any way to the matters and things set forth in the complaint including but not limited to any written statements forwarded to the Rhode Island State Police.

4. All statements taken from the defendant, and defendant's agents, servants and/or employees regarding the incident(s) which is the subject matter of this litigation, including but not limited to, those written statements outlined in your answer to Interrogatory No. 3, filed on or about December 4, 1998.

5. Any written report by any expert expected to testify in this matter on Plaintiff's behalf.

Defendant,
Town of Coventry
By its attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 17th day of July 2006, to:

James P. Howe, Esq. (#2716)
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305 fax