UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAMELA WHITTLE<br>JAMES WHITTLE, et al.<br><br>Plaintiffs,<br><br>Vs.<br><br>TOWN OF COVENTRY, by and Through<br>It's Treasurer, Warren West; et al.,<br><br>Defendants, | ) | C.A. No. 06-148 S |

PLAINTIFF'S OBJECTION TO DEFENDANT'S
MOTION TO COMPEL DISCOVERY RESPONSES

Now Comes, the Plaintiffs Pamela Whittle and James Whittle, by and through counsel hereby object to the Motion to Compel Discovery Responses forwarded to Plaintiff by the Town of Coventry.

Plaintiffs,
Pamela Whittle &
James Whittle
By their attorney,

*/s/ James P. Howe*

James P. Howe, Esq. (#2716)
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305
jph@jamesphowe.com

**CERTIFICATION**

I hereby certify that the within document has been electronically filed with the Court on November 1, 2006, and is available for viewing and downloading from the ECF system.

*/s/ James P. Howe*

________________________

James P. Howe (# 2716)