UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAMELA WHITTLE,<br>JAMES WHITTLE,<br>Plaintiffs, | : | |
| v. | : | CA 06-148 S |
| TOWN OF COVENTRY,<br>By and through its Treasurer,<br>WARREN WEST, et al.,<br>Defendants. | : | |

**ORDER GRANTING**
**DEFENDANT'S MOTION TO COMPEL**

Before the Court is the Motion to Compel Discovery Responses (Document ("Doc.") #8) ("Motion") filed by Defendant Town of Coventry ("Defendant"). Plaintiffs have filed an objection to the Motion. <u>See</u> Plaintiff's [sic] Objection to Defendant's Motion to Compel Discovery Responses (Doc. #9) ("Plaintiffs' Objection"). Plaintiffs' Objection was not "accompanied by a separate memorandum of law setting forth the reasons for the objection and applicable points and authorities supporting the objection," DRI LR Cv 7(b)(1), as required by this Court's Local Rules, <u>see</u> <u>id.</u>[1] Accordingly, the Motion is GRANTED. Plaintiffs

---

[1] District of Rhode Island Local Rule Cv 7 provides in relevant part:

> **(b) Objections and Replies.**
>
> (1) Any party opposing a motion shall file and serve an objection not later than ten (10) days after service of the motion. **Every objection shall be accompanied by a separate memorandum of law setting forth the reasons for the objection and applicable points and authorities supporting the objection.**

DRI LR Cv 7(b) (bold added).

shall serve their responses to Defendant Town of Coventry's Request for Production of Documents and Defendant Town of Coventry's First Set of Interrogatories Propounded to Plaintiff Pamela Whittle by December 4, 2006.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
November 3, 2006

BY ORDER:

Deputy Clerk