UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAMELA WHITTLE<br>JAMES WHITTLE, et al.<br><br>Plaintiffs,<br><br>Vs.<br><br>TOWN OF COVENTRY, by and Through<br>It's Treasurer, Warren West; et al.,<br><br>Defendants, | ) | C.A. No. 06-148 S |

**NOTICE TO TAKE DEPOSITION**

Please take notice that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure the Plaintiff in the above-captioned matter will take the deposition of for the Defendant **Gregory Guillette** upon oral examination and subject to the attached Schedule A. This examination will continue from day to day until completed; the same to commence on **February 13, 2007 at 1 pm.** at the Law Offices of James P. Howe, 215 Broadway, Providence, Rhode Island 02903, before a Notary Public commissioned in the State of Rhode Island.

Plaintiff
By their attorney,

*/s/ James P. Howe*___________
James P. Howe Bar No. 2716
215 Broadway
Providence, RI 02903
Tel. (401) 272-3900
Fax. (401) 831-9305
jph@jamesphowe.com

**CERTIFICATION**

I, the undersigned hereby certify that on this 16th Day of January, 2007, I did send a true copy of the within Notice to Take Deposition by electronic means (ECF) and is available for viewing and downloading.

*/s/ James P. Howe*_____
James P. Howe

# SCHEDULE A

Any and all records, written, electronic, or any other media concerning the defendant Gregory Guillette regarding his employment as a police officer with the Defendant the Town of Coventry, including but not limited to, application for employment, physical and mental examinations concerning said employment either prior to or at any time during said employment. Any and all personnel records accumulated by defendant the Town of Coventry and or the Town of Coventry Police Department regarding training, performance, disciplinary actions, suspensions, and or terminations.

Any and all records relative to the termination of the employment of Gregory Guillette whether voluntary, involuntary, or associated with medical or psychological infirmities.

Any and all records concerning the pension, if applicable being received by the defendant Gregory Guillette as a result of his employment with the Town of Coventry.