UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA WHITTLE<br>JAMES WHITTLE, et al.<br><br>Plaintiffs,<br><br>Vs.<br><br>TOWN OF COVENTRY, by and Through<br>It's Treasurer, Warren West; et al.,<br><br>Defendants, | C.A. No. 06-148 S |

## NOTICE TO TAKE DEPOSITION

Please take notice that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure the plaintiff in the above-captioned matter will take the deposition of for the **Keeper of Records** of the Defendant the Town of Coventry upon oral examination and subject to the attached Schedule A. This examination will continue from day to day until completed; the same to commence on **February 5, 2007 at 11 AM.** at the Law Offices of James P. Howe, 215 Broadway, Providence, Rhode Island 02903, before a Notary Public commissioned in the State of Rhode Island.

Plaintiff
By their attorney,

/s/_James P. Howe___________
James P. Howe Bar No. 2716
215 Broadway
Providence, RI 02903
Tel. (401) 272-3900
Fax. (401) 831-9305
jph@jamesphowe.com

## CERTIFICATION

I, the undersigned hereby certify that on this 16th Day of January, 2007, I did send a true copy of the within Notice to Take Deposition by electronic means (ECF) and is available for viewing and downloading.

*/s/ James P. Howe*_____
James P. Howe