UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAMELA WHITTLE and
JAMES WHITTLE,

*Plaintiffs,*

vs. C.A. No. 06-148 S

TOWN OF COVENTRY, by and through
Its Treasurer, Warren West; et al.,

*Defendants.*

**ASSENTED TO MOTION TO EXTEND DISCOVERY**

Now come the defendants in the above captioned matter and hereby move for an extension of the discovery end date, 30 days from March 1, 2007 to April 1, 2007. Defendants state that the plaintiff has assented to this extension in order for both sides to complete discovery. Defendant Guillette currently resides in Florida and the most convenient and cost efficient date for his deposition is March 12, 2007.

Wherefore, defendants request that their assented to motion to extend to the discovery end date to April 1, 2007 be granted.

Defendant,
Town of Coventry,
By its attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on February 1, 2007 and is available for viewing and downloading from the ECF system.

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)