UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAMELA WHITTLE and
JAMES WHITTLE,

*Plaintiffs,*

vs. C.A. No. 06-148 S

TOWN OF COVENTRY, by and through its Treasurer, Warren West; et al.,

*Defendants.*

**ENTRY OF APPEARANCE**

I, Karen K. Corcoran, hereby enter my appearance in the above-captioned matter for defendants, the Town of Coventry, by and through its Treasurer, Warren West, and the Town of Coventry Police Department.

Defendants,
Town of Coventry and the
Town of Coventry Police Department,
By their attorney,

*/s/ Karen K. Corcoran*

Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
karen@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on February 22, 2007, and is available for viewing and downloading from the ECF system.

*/s/ Karen K. Corcoran*

Karen K. Corcoran, Esq.