UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA WHITTLE and<br>JAMES WHITTLE,<br><br>*Plaintiffs,*<br><br>vs.<br><br>TOWN OF COVENTRY, by and through its Treasurer, Warren West; et al.,<br><br>*Defendants.* | C.A. No. 06-148 S |

**ENTRY OF APPEARANCE**

I, Karen K. Corcoran, hereby enter my appearance in the above-captioned matter for Gregory Guillette ("defendant").

Defendant,
By his attorney,

*/s/ Karen K. Corcoran*

Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
karen@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court and is available for viewing and downloading from the ECF system.

*/s/ Karen K. Corcoran*

Karen K. Corcoran, Esq.