UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAMELA WHITTLE<br>JAMES WHITTLE, et al.<br><br>*Plaintiffs*,<br><br>Vs.<br><br>TOWN OF COVENTRY, by and Through<br>It's Treasurer, Warren West; et al.,<br><br>*Defendants*, | ) | C.A. No. 06-148 S |

**NOTICE TO TAKE DEPOSITION**

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the Plaintiffs in the above-captioned matter will take the deposition of **GREGORY GUILLETTE** on oral examination. This examination will continue from day to day until completed and will commence on **MONDAY, MARCH 12, 2007 at 11:00 A.M.,** at the office of James P. Howe, 215 Broadway, Providence, RI 02903, before a Notary Public commissioned in the State of Rhode Island.

Plaintiffs,
By their attorney,

*/s/ James P. Howe*

James P. Howe (#2617)
215 Broadway
Providence, RI 02903
Phone: (401) 272-3900
Fax: (401) 831-9305
jph@jamesphowe.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on March 5, 2007, and is available for viewing and downloading from the ECF system.

*/s/ James P. Howe*

James P. Howe