UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA WHITTLE and JAMES WHITTLE,<br>*Plaintiffs,*<br>vs.<br>TOWN OF COVENTRY, by and through Its Treasurer, Warren West; et al.,<br>*Defendants.* | C.A. No. 06-148 S |

**NOTICE TO TAKE DEPOSITION-REVISED**

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the defendants in the above-captioned matter will take the deposition of **LAUREN WHITTLE** on oral examination. This examination will continue from day to day until completed and will commence on **TUESDAY, MARCH 27, 2007 at 3:00 p.m**., at the offices of DESISTO LAW, 211 Angell Street, Providence, Rhode Island 02906**,** before a Notary Public commissioned in the State of Rhode Island.

Defendants,
By their attorney,

*/s/ Karen K. Corcoran*

Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: karen@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on March 14, 2007 and is available for viewing and downloading from the ECF system. Notice by other means will be sent to:

Patricia Aloisio
Affiliated Court Reporters
20 Pine Top Road
Barrington, RI 02806

*/s/ Karen K. Corcoran*

Karen K. Corcoran