B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA WHITTLE<br>JAMES WHITTLE, et al.<br><br>Plaintiffs,<br><br>Vs.<br><br>TOWN OF COVENTRY, by and Through<br>It's Treasurer, Warren West; et al.,<br><br>Defendants, | C.A. No. 06-148 S |

**PLAINTIFF PAMELA WHITTLE'S AMENDED RESPONSE TO REQUEST FOR PRODUCTION OF THE TOWN OF COVENTRY.**

Now comes the Plaintiff by and through counsel and submits the following responses to Defendant Town of Coventry's First Request for Production of Documents.

1. A) Enclosed are the following:
Reports – West Bay Orthopaedics / Vaughn Gooding M.D. 11-13-02 to 3-15-04

B) Kent Hospital Records 11-18-02 to 6-6-03

C) Tolgate Radiology X-Ray Report 4-23-03

D) Frank LaFazia M.D. 4-9-03 to 1-5-04

E) Kent Hospital – Inpatient and surgical record 6-14-04
Right Hip Replacement

2. See enclosed Kent Records, Vaughn Gooding M.D. Records regarding right thumb treatment for osteomyelitis.

A) Records of Dr. Gooding regarding right thumb- osteomyelitis

B) Kent Hospital inpatient and surgical record–10/20/03–repair left Achilles tendon.

C) Medical records of Robert F. Bassette D.O. – 9/16/97 to 12/19/06

3. See enclosed unsigned statement of Pamela Whittle.

4. See Police Report from the Coventry Police Department dated March 20, 2003 including the statement of Defendant Guillette.

5. Plaintiff refer to those reports of Dr. Vaughn Gooding concerning treatment of right hip fracture. Plaintiff has not determined expert witnesses, Plaintiff refers to these reports for use by Dr. Gooding as a potential expert witness.

Plaintiffs,
Pamela Whittle &
James Whittle
By their attorney,

James P. Howe

James P. Howe, Esq. (#2716)
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305
jph@jamesphowe.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, on this 20th day of March, 2007, to Marc DeSisto, Esquire, 211 Angell Street P.O. Box 2563 Providence, RI 02906.

*hand delivered

Kathryn Barber

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA WHITTLE<br>JAMES WHITTLE, et al.<br><br>Plaintiffs,<br><br>Vs.<br><br>TOWN OF COVENTRY, by and Through<br>It's Treasurer, Warren West; et al.,<br><br>Defendants, | C.A. No. 06-148 S |

**PLAINTIFF PAMELA WHITTLE PRIVILEGE LOG 1**

Medical record of Kent Hospital dated 10-21-03

Progress note of Richard Bassette dated 8-11-04

Kent Hospital Medical Record dated 10-21-03

Kent Hospital Progress Notes dated 6-15-04

Kent Hospital Medical Record dated 6-14-04 through 6-15-04

Plaintiffs,
Pamela Whittle &
James Whittle
By their attorney,

James P. Howe, Esq. (#2716)
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305
jph@jamesphowe.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, on this 20th day of March, 2007, to Marc DeSisto, Esquire, 211 Angell Street P.O. Box 2563 Providence, RI 02906.

*hand delivered

Kathryn Barber