UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA WHITTLE<br>JAMES WHITTLE, et al.<br><br>Plaintiffs,<br><br>Vs.<br><br>TOWN OF COVENTRY, by and Through<br>It's Treasurer, Warren West; et al.,<br><br>Defendants, | C.A. No. 06-148 S |

PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO REQUEST FOR PRODUCTION OF DOCUMENTS

Now Comes, the Plaintiffs Pamela Whittle and James Whittle, by and through counsel hereby Objects to the Defendant's Motion to Compel More Responsive Answers to Request for Production of Documents. As grounds therefore, Plaintiffs state that Plaintiff has supplemented the response to Request for Production to include those documents asserted as initially privileged.

Plaintiffs,
Pamela Whittle &
James Whittle
By their attorney,

*/s/ James P. Howe*

James P. Howe, Esq. (#2716)
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305
jph@jamesphowe.com

**CERTIFICATION**

I hereby certify that the within document has been electronically filed with the Court on April 2, 2007, and is available for viewing and downloading from the ECF system.

*/s/ James P. Howe*

James P. Howe (# 2716)