UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAMELA WHITTLE )
JAMES WHITTLE, et al. )
)
Plaintiffs, )
) C.A. No. 06-148 S
Vs. )
)
TOWN OF COVENTRY, by and Through )
It's Treasurer, Warren West; et al., )
)
Defendants, )
)

PLAINTIFF'S SUPPLEMENTAL
RESPONSE TO REQUEST FOR PRODUCTION

Plaintiff submits the following documents in supplemental response to Defendant's Request for Production:

Medical Records from Kent Hospital from the following dates:

1. 10-21-2003
2. 06-14-2004 to 06-15-2004
3. 06-15-2004

Progress notes of Robert Bessette on the following date:

1. 08-11-2004

Plaintiffs,
Pamela Whittle &
James Whittle
By their attorney,

*/s/ James P. Howe*

James P. Howe, Esq. (#2716)

215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305
jph@jamesphowe.com

**CERTIFICATION**

I hereby certify that the within document has been electronically filed with the Court on April 2, 2007, and is available for viewing and downloading from the ECF system.

*/s/ James P. Howe*
______________________
James P. Howe (# 2716)