UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAMELA WHITTLE )
JAMES WHITTLE, et al. )
)
Plaintiffs, )
) C.A. No. 06-148 S
Vs. )
)
TOWN OF COVENTRY, by and Through )
It's Treasurer, Warren West; et al., )
)
Defendants, )
)

## AMENDED NOTICE TO TAKE DEPOSITION

Please take notice that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure the Plaintiff in the above-captioned matter will take the deposition of for the Defendant **Lieutenant John K. Sullivan, Coventry Police** upon oral examination and to bring any and all statements, reports, notes, writings, recordings, audible video or other concerning the arrest of Pamela Whittle by Patrolman Gregory Guillette on March 22, 2003. This examination will continue from day to day until completed; the same to commence on **April 25, 2007 at 10:00 am.** at the Law Offices of James P. Howe, 215 Broadway, Providence, Rhode Island 02903, before a Notary Public commissioned in the State of Rhode Island.

Plaintiff
By their attorney,

*/s/ James P. Howe*___________

James P. Howe Bar No. 2716
215 Broadway
Providence, RI 02903
Tel. (401) 272-3900
Fax. (401) 831-9305
jph@jamesphowe.com

## CERTIFICATION

I, the undersigned hereby certify that on this 19th Day of April, 2007, I did send a true copy of the within Notice to Take Deposition by electronic means (ECF) and is available for viewing and downloading.

*/s/ James P. Howe*_____
James P. Howe