UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA WHITTLE<br>JAMES WHITTLE, et al.<br><br>*Plaintiffs*,<br><br>Vs.<br><br>TOWN OF COVENTRY, by and Through It's Treasurer, Warren West; TOWN OF COVENTRY POLICE DEPARTMENT; GREGORY GUILETTE, individually; and DOES 1-10, unidentified Patrolman, Administrators, Trainers, Supervisors of the Coventry Police Department,<br><br>*Defendants*, | C.A. No. 06-148 S |

**PLAINTIFF, PAMELA WHITTLE'S PROPOSED VERDICT FORM**

1. Did the Defendant, Gregory Guillette, on March 20, 2003 act under color of law in his arrest of the Plaintiff, Pamela Whittle?

Yes _____ No _____

2. Did the Defendant, Gregory Guillette, violate the 4th Amendment of the Constitution of the United States in effectuating his arrest of the Plaintiff, Pamela Whittle?

Yes _____ No _____

3. Were the actions of Defendant, Gregory Guillette, in his arrest of Plaintiff, Pamela Whittle, objectively reasonable in light of the circumstances confronting him?

Yes _____ No _____

4. Did the actions of Defendant, Gregory Guillette, in his arrest of Plaintiff, Pamela Whittle, cause her injury?

Yes _____ No _____

5. Did the actions of Defendant, Gregory Guillette, cause monetary damages (medical expenses, lost wages) and pain and suffering to the Plaintiff, Pamela Whittle?

Yes _____ No _____

If yes, state the amounts for each element of damages.

Medical Expenses __________

Lost Wages __________

Pain and Suffering __________

Plaintiff
By their attorney,

*/s/ James P. Howe* _____________
James P. Howe Bar No. 2716
215 Broadway
Providence, RI 02903
Tel. (401) 272-3900
Fax. (401) 831-9305
jph@jamesphowe.com

**CERTIFICATION**

I, the undersigned hereby certify that on this 1st Day of May, 2007, I did send a true copy of the within Notice to Take Deposition by electronic means (ECF) and is available for viewing and downloading.

*/s/ James P. Howe* __________
James P. Howe