***** EXHIBIT A *****

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA WHITTLE and<br>JAMES WHITTLE,<br>*Plaintiffs,*<br><br>vs.<br><br>TOWN OF COVENTRY, by and through<br>Its Treasurer, Warren West; et al.,<br>*Defendants.* | C.A. No. 06-148 S |

**JURY VERDICT FORM**
**AS PROPOSED BY DEFENDANTS**

1. On plaintiff's claim that Officer Guillette assaulted and battered plaintiff (Count I), how do you find?

For the plaintiff ______________

For the defendant ______________

2. On plaintiff's claim that Officer Guillette used excessive force against plaintiff in violation of her Fourth Amendment right to be free of unreasonable search and seizure? (Counts II and IV), how do you find?

For the plaintiff ______________

For the defendant ______________

If you find in favor of plaintiff on question #1 or #2, in what amount? $ ____________________

**If you responded "For the defendant" to #1 or #2 above, STOP HERE.**

**If you responded "For the plaintiff" to #1 but "For the defendant" to question #2above, SKIP QUESTION #3 and GO TO QUESTION # 4.**

**If you responded "For the plaintiff" to both questions #1 and #2 above, GO TO QUESTIONS # 3 AND #4.**

3. On plaintiff's claim that the Town violated her constitutional rights (Counts III and IV) by having a policy or practice of inadequately training its officers to the extent that the Town was deliberately indifferent to the need for training, how do you find?

For the plaintiff ______________

For the defendant ______________

If you find in favor of plaintiff on question #3, in what amount? $___________________

4. On James Whittle's derivative claim for loss of consortium, how do you find? (Count V)

For the plaintiff ______________

For the defendant ______________

If you find in favor of James Whittle on question #4, in what amount? $___________________

Presented by,
Defendants,
By their attorney,

*/s/ Marc DeSisto*

___________________________________

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com