UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAMELA WHITTLE and
JAMES WHITTLE,
*Plaintiffs,*

vs.

TOWN OF COVENTRY, by and through
Its Treasurer, Warren West; et al.,
*Defendants.*

C.A. No. 06-148 S

**DEFENDANTS' ADDENDUM TO THEIR PROPOSED JURY INSTRUCTIONS**

1. **COUNTS II & IV — FOURTH AMENDMENT CLAIM AGAINST GUILLETTE**

1.9 "[O]rdinary, reasonable force 'does not become excessive force when the force aggravates (however severely) a pre-existing condition the extent of which was unknown to the officer at the time.'" *Lee v. Ferraro, 284 F.3d 1188, 1200 (11th Cir. 2002) quoting Rodriguez v. Farrell, 280 F.3d 1341, 2002 U.S. App. LEXIS 1423, 2002 WL 121940, at *1 (11th Cir. 2002).*

Defendants,

Town of Coventry, Coventry Police
Department, and Gregory Guillette,
By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 14th day of May, 2007, is available for viewing and downloading from the ECF system, and that the counsel of record listed below will receive notice via the ECF system:

James P. Howe, Esq.
jph@jamesphowe.com

*/s/ Marc DeSisto*

Marc DeSisto