UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA WHITTLE<br>JAMES WHITTLE, et al.<br><br>Plaintiffs,<br><br>Vs.<br><br>TOWN OF COVENTRY, by and Through<br>It's Treasurer, Warren West; et al.,<br><br>Defendants, | C.A. No. 06-148 S |

PLAINTIFF'S SUPPLEMENTAL
RESPONSE TO REQUEST FOR PRODUCTION

Plaintiff submits the following documents in supplemental response to Defendant's Request for Production:

Medical Records and Notes from Rheumatology Associates from the following dates:

1. 01-11-2002
2. 10-28-2002
3. 11-18-2002
4. 09-10-2002
5. 02-27-2002

Medical Records and Notes from Kent Hospital from the following date:

1. 03-20-03

Plaintiffs,
Pamela Whittle &
James Whittle
By their attorney,

*/s/ James P. Howe*

James P. Howe, Esq. (#2716)
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305
jph@jamesphowe.com

**CERTIFICATION**

I hereby certify that the within document has been electronically filed with the Court on April 2, 2007, and is available for viewing and downloading from the ECF system.

*/s/ James P. Howe*

James P. Howe (# 2716)