UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAMELA WHITTLE and
JAMES WHITTLE,

*Plaintiffs,*

vs. C.A. No. 06-148 S

TOWN OF COVENTRY, by and through
Its Treasurer, Warren West; et al.,

*Defendants.*

**DISMISSAL STIPULATION**

This matter is dismissed with prejudice, no interest and no costs.

Plaintiffs,
By Their Attorneys,

*/s/ James P. Howe*

James P. Howe, Esq. (#2716)
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 831-9305 fax
jph@jamesphowe.com

Defendants,
By Their Attorneys,

*/s/ Marc DeSisto*

Marc DeSisto (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on May 27 , 2007, that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system.

James P. Howe, Esq.
jph@jamesphowe.com

*/s/ Marc DeSisto*

Marc DeSisto